# BARTON BARTON & PLOTKIN LLP

ATTORNEYS AT LAW
GRAYBAR BUILDING 420 LEXINGTON AVENUE NEW YORK NY 10170
212.687.5862 | FAX 212.687.3667 | BARTONESQ.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 5 2007

Via Facsimile: (212) 805-6737
June 4, 2007

**SO ORDERED**

*George B Daniels*

HON. GEORGE B. DANIELS

JUN 0 5 2007

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

Re: WALLACE v. SKUNK STUDIOS, INC., et al., Case No.: 07 Civ. 3899

Honorable Sir:

I am an attorney representing the Plaintiff in the above entitled action, and I am writing pursuant to my conversation with Mr. Wong regarding the Court's schedule.

Plaintiff's and Defendant's counsel are both available on June 19, 2007 at 9:30 a.m. to proceed with the hearing for the above referenced action.

We wish to thank the Court for its courtesies and considerations.

Respectfully submitted,

Morgan Downer
MD 3575

CC: Bertrand Fox & Elliot, PC (via fax: 415-353-0990)