LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION
THE WATERFRONT BUILDING
2748 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: bfesf@bfesf.com

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
DANA L. SOONG
RICHARD W. OSMAN
MICHAEL C. WENZEL
HELEN M. KIM
CHRISTINE LEE

TELECOPIER (415) 353-0990

OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND

June 6, 2007

## FACSIMILE TRANSMITTAL SHEET

The information contained in this facsimile message and/or the document transmitted are attorney-client privileged, work-product or otherwise confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

**TO:**        Gary Adelman

**FAX:**       (212) 687-3667
**PHONE:**     (212)-687-6262

**RE:**        Margaret Wallace v. Skunk Studios, Inc., et al
               Case No: United States District Court, SDNY, 07 CIV 3899 (GBD)

**FROM:**      Richard W. Osman

**OUR FILE NO.:**    SSI-4510

**NUMBER OF PAGES TRANSMITTED** (including cover sheet): 2

**MESSAGE:**

*FOR INQUIRIES, CONTACT KAREN NERI AT (415) 353-0999.*

LAW OFFICES OF
## BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION
THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
E-Mail: bfesf@bfesf.com

THOMAS F. BERTRAND
GREGORY M FOX
EUGENE B. ELLIOT
DANA L SOONG
RICHARD W OSMAN
MICHAEL C WENZEL
HELEN M KIM
CHRISTINE LEE

TELECOPIER: (415) 353-0990

OF COUNSEL
NANCY A. HUNEKE
ARLENE HELFRICH
RICHARD E. HAMMOND

June 6, 2007

**VIA FACSIMILE ONLY (212) 687-3667**
Gary Adelman
Barton, Barton & Plotkin, LLP
Graybar Building
420 Lexington Avenue
New York, New York 10170

RE:  <u>Margaret Wallace v. Skunk Studios, Inc., et al</u>
Case No: United States District Court, SDNY, 07 CIV 3899 (GBD)
Our File No: SSI-4510

Dear Mr. Adelman:

This letter is to confirm that you have graciously agreed to provide defendants with a two week extension of time to file a responsive pleading in this matter. By my calculation, the responsive pleading is now due on or before June 22, 2007.

Thank you for your professional courtesy and cooperation in this matter.

Very truly yours,

BERTRAND, FOX & ELLIOT

Richard W. Osman

RWO/kn