| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>COUNTY OF | INDEX NO: 07 CIV 3899<br>FILED ON:  May 18, 2007<br>DISTRICT: SOUTHERN DISTRICT OF NEW YORK |

Attorneys: GARY ADELMAN ESQ.   Barton Barton & Plotkin, LLP   PH: 212-687-6262
Address:   420 Lexington Avenue, 18th Floor  NEW YORK NY  10170   File No.:

MARGARET WALLACE

vs                                                                                                      Plaintiff(s)

SKUNK STUDIOS, INC., ET AL

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

__Steven Avery__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __May 30, 2007__, at __11:50AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed CIVIL COVER SHEET, SUMMONS, VERIFIED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN,, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INSTRUCTIONS FOR FILING AN ELECTRONIC CASE, PROCEDURES FOR ELECTRONIC CASE FILING & GUIDELINES FOR ELECTRONIC CASE FILINGS, on

__SKUNK STUDIOS, INC.,__

Defendant in this action, by delivering to and leaving with __DONNA CHRISTIE__, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section __307 Business Corporation Law__.

[X] Service was completed by mailing notice of such service and one (1) true copy thereof by          [X] Registered or
[ ] 1st Class Mail and Certified Mail, # __RB632310637US__, Return Receipt Requested on __June 5, 2007__
to said defendant at: __463 1/2 BRYANT ST, SAN FRANCISCO, CA 94107__

[ ] Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:  Approx. Age: __35__   Approx. weight: __140__   Approx. Ht.: __5'5"__
Sex: __FEMALE__  Color of skin: __WHITE__   Color of hair: __BLONDE__   Other: _____

Sworn to before me on __June 5, 2007__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No. 01RE6067464, Westchester County
Commission Expires Oct. 15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 07013756

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*