UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MARGARET WALLACE,<br><br>                    Plaintiff,<br><br>vs.<br><br>SKUNK STUDIOS, INC., JASON CALDERONE,<br>TOM ESTESS, and KALLE WIK,<br><br>                    Defendant. | Civil Action No. 07-CIV03899<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Laurence J. Rabinovich, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Richard W. Osman
Bertrand, Fox, & Elliot
2749 Hyde Street
San Francisco, CA 94109
(415) 353-0999 Ext. 14
Fax: (415) 353-0990

Richard W. Osman is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Richard W. Osman in any State or Federal Court.

Dated: June 18, 2007

                                        Respectfully submitted,

                                        By: _____

Laurence J. Rabinovich
LAURENCE J. RABINOVICH, ESQ. (LR8616)
PHILIP A. BRAMSON, ESQ. (PB0054)
SCHINDEL FARMAN, LIPSIUS,
 GARDNER & RABINOVICH, L.L.P
14 Penn Plaza, Suite 500
New York, New York 10122
Telephone: (212) 563-1710
Facsimile: (212) 695-6602

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MARGARET WALLACE,

           Plaintiff,

vs.

SKUNK STUDIOS, INC., JASON CALDERONE,
TOM ESTESS, and KALLE WIK,

           Defendant.

Civil Action No. 07-CIV03899

**AFFIDAVIT OF LAURENCE J. RABINOVICH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

---

State of New York  )
                     ) ss.
County of New York )

    Laurence J. Rabinovich, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, New York counsel for defendants in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendants' motion to admit Richard Osman as counsel *pro hac vice* to represent defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1986. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Richard Osman since 2006.

4. Mr. Osman is a partner in the law firm Bertrand, Fox, & Elliot in San Francisco, California.

5. I have found Mr. Osman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Richard Osman, *pro hac*

*vice*.

7.  I respectfully submit a proposed order granting the admission of Richard Osman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Richard W. Osman, pro hac vice, to represent defendants Skunk Studios Inc., Jason Calderone, Tom Estess, and Kalle Wik, in the above captioned matter, be granted.

Respectfully submitted,

By: _____
Laurence J. Rabinovich
LAURENCE J. RABINOVICH, ESQ. (LR8616)
PHILIP A. BRAMSON, ESQ. (PB0054)
SCHINDEL FARMAN, LIPSIUS,
 GARDNER & RABINOVICH, L.L.P
14 Penn Plaza, Suite 500
New York, New York 10122
Telephone: (212) 563-1710
Facsimile: (212) 695-6602

Attorneys for Defendants

SUBSCRIBED and SWORN to before me
this ___16th___ day of ___June___, 2007

_____
Notary Public

ANDREW KARONIS
Notary Public, State of New York
No. 02KA5084233
Qualified in Queens County
Commission Expires Sept. 2, 2009

My commission expires: _____



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 5, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RICHARD WILLIAM OSMAN, #167993 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MARGARET WALLACE,

                Plaintiff,

vs.

SKUNK STUDIOS, INC., JASON CALDERONE, TOM ESTESS, and KALLE WIK,

                Defendant.

Civil Action No. 07-CIV03899

**ORDER GRANTING ADMISSION** *PRO HAC VICE*

---

THIS MATTER having been opened to the Court upon the motion of defendants Skunk Studios, Inc., Jason Calderone, Tom Estess, and Kalle Wik, for an Order admitting Richard W. Osman *pro hac vice* to represent them before this Court in the above-entitled matter, and the Court having considered the submissions of Laurence J. Rabinovich, attorney for defendants, and said sponsor attorney's affidavit in support, and for good cause shown,

IT IS on this _____ day of _____, 2007,

ORDERED that

Richard W. Osman
Bertrand, Fox, & Elliot
2749 Hyde Street
San Francisco, CA 94109
(415) 353-0999 Ext. 14
Fax: (415) 353-0990
rosman@bfesf.com

is admitted to practice *pro hac vice* as counsel for defendants Skunk Studios Inc., Jason Calderone, Tom Estess, and Kalle Wik in the above-entitled matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court; and it is further

ORDERED that counsel for defendants shall serve a copy of this Order on all counsel of record within _____ days of receipt from the Court.


_____
United States District Judge

AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

I, Latoya Peterson, being duly sworn, states as follows: I am over 18 years of age, not a party to the within action, and reside at 14 Penn Plaza, Suite 500, New York, New York 10122. On June 18, 2007, I served the within Motion for Admission Pro Hac Vice upon the person(s) or parties designated below by faxing a true and complete copy of same and mailing a true and complete copy of same in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State at the last known address of the addressee(s) as set forth herein.

TO: Gary Adelman
Barton, Barton & Plotkin, LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170

_____
Latoya Peterson

Sworn to before me this
18th day of June, 2007

_____
Notary Public

LORIENTON N.A. PALMER
Notary Public, State of New York
No. 02PA4963745
Qualified in Nassau County
Commission Expires July 8, 2007