**EXHIBIT "B"**

Gary Adelman (GA7138)
BARTON, BARTON & PLOTKIN, LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170
Phone: (212) 687-6262
Fax:   (212) 687-3667
*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MARGARET WALLACE,

                Plaintiff,

  -against-

JASON CALDERONE, TOM ESTESS, and KALLE WIK,

                Defendant(s).
------------------------------------X

**07 CIV 3899**

07 Civ. 3899 (GBD)

Judge: Judge Daniels

Magistrate: Judge Pitman

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Upon reading the annexed Emergency Affirmation of Gary Adelman, dated May 16th, 2007, the annexed affidavit of Margaret Wallace, sworn to on the 14th day of May, 2007, the annexed Summons and Verified Complaint, and all of the papers, pleadings, and proceedings heretofore had herein, it is

ORDERED that the above named Defendants or their attorney(s) show cause before a motion term of this Court at Room *before Judge Daniels, in the 15D*, United States Courthouse, 500 Pearl Street, New York, NY 10007, on the 29 day of May 2007, at 9:30 in the forenoon or as soon thereafter as the parties may be heard why an Order should not be made and entered pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants, their agents, servants, representatives, and all individuals and entities acting in concert with them, during the pendency of this action from buying, selling, conveying, assigning, reassigning, transmitting, transferring,

pledging or issuing any stock in Skunk Studios, Inc. and for such other and further relief as this Court deems just, proper, and equitable; and furthermore, it is hereby

~~ORDERED, that sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for preliminary injunction and determination of this motion, pursuant to Rule 65, Fed. R. Civ. P., the Defendants, their agents, servants, representatives, and all individuals and entities acting in concert with them, are temporarily restrained and enjoined from buying, selling, conveying, assigning, reassigning, transmitting, transferring, pledging or issuing any stock in Skunk Studios, Inc.; and it is further~~

~~ORDERED that security in the amount of _____ be posted by the Plaintiff prior to May ___, 2007 at ___ o'clock in the _____ noon of that day; and it is further~~

ORDERED that service of a copy of this Order together with the papers upon which it is granted, be made upon the Defendant by Federal Express mailing to the offices of the Defendants, located at 463 ½ Bryant Street, San Francisco, California 94107 on or before the 21st day of May, 2007 to be good and sufficient service.

Answering papers, if any, are to be served by Defendant upon Barton, Barton & Plotkin, LLP, as attorneys for the Plaintiff, at 420 Lexington Avenue, Suite 1830, New York, NY 10170 on or before the 29 day of May, 2007.

DATED: New York, NY
ISSUED: May 18, 2007

ENTER: _____
U.S. District Judge