**EXHIBIT "C"**

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: EYEBLASTER, INC.

Selected Entity Status Information

**Current Entity Name:** EYEBLASTER, INC.
**Initial DOS Filing Date:** SEPTEMBER 06, 2002
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
EYEBLASTER, INC.
220 5TH AVE
NEW YORK, NEW YORK, 10001

**Chairman or Chief Executive Officer**
GAL TRIFON
220 5TH AVE
NEW YORK, NEW YORK, 10001

**Principal Executive Office**
EYEBLASTER, INC.
220 5TH AVE
NEW YORK, NEW YORK, 10001

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: NICKELODEON ONLINE INC.

Selected Entity Status Information

**Current Entity Name:** NICKELODEON ONLINE INC.
**Initial DOS Filing Date:** SEPTEMBER 17, 1998
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Chairman or Chief Executive Officer**
SARAH KIRSHBAUM LEVY
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Principal Executive Office**
C/O MICHAEL D FRICKLAS
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: AUDIOBRAIN LLC

Selected Entity Status Information

**Current Entity Name:** AUDIOBRAIN LLC
**Initial DOS Filing Date:** JUNE 24, 2003
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
AUDIOBRAIN LLC
20 WEST 22ND ST STE 712
NEW YORK, NEW YORK, 10010

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: OBERON MEDIA, INC.

Selected Entity Status Information

**Current Entity Name:** OBERON MEDIA, INC.
**Initial DOS Filing Date:** FEBRUARY 18, 2003
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
OBERON MEDIA, INC.
1450 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK, 10018

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: GAME TRUST, INC.

Selected Entity Status Information

**Current Entity Name:** GAME TRUST, INC.
**Initial DOS Filing Date:** APRIL 01, 2004
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GAME TRUST, INC.
632 BROADWAY 5TH FLOOR
NEW YORK, NEW YORK, 10012

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: VIACOM INC.

Selected Entity Status Information

**Current Entity Name:** VIACOM INC.
**Initial DOS Filing Date:** DECEMBER 28, 2005
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page