USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MARGARET WALLACE,

                Plaintiff,

vs.

SKUNK STUDIOS, INC., JASON CALDERONE,
TOM ESTESS, and KALLE WIK,

                Defendant.

Civil Action No. 07-CIV03899

**ORDER GRANTING ADMISSION**
*PRO HAC VICE*

---

THIS MATTER having been opened to the Court upon the motion of defendants Skunk Studios, Inc., Jason Calderone, Tom Estess, and Kalle Wik, for an Order admitting Richard W. Osman *pro hac vice* to represent them before this Court in the above-entitled matter, and the Court having considered the submissions of Laurence J. Rabinovich, attorney for defendants, and said sponsor attorney's affidavit in support, and for good cause shown,

IT IS on this  19th  day of June , 2007,

ORDERED that

Richard W. Osman
Bertrand, Fox, & Elliot
2749 Hyde Street
San Francisco, CA 94109
(415) 353-0999 Ext. 14
Fax: (415) 353-0990
rosman@bfesf.com

is admitted to practice *pro hac vice* as counsel for defendants Skunk Studios Inc., Jason Calderone, Tom Estess, and Kalle Wik in the above-entitled matter. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court; and it is further

ORDERED that counsel for defendants shall serve a copy of this Order on all counsel of record within __30__ days of receipt from the Court.

*George B. Daniel*
United States District Judge
GEORGE B. DANIELS

JUL 0 9 2007