**EXHIBIT "A"**





IGDA Forums > Chapters > Americas > New Jersey > IGDA New Jersey Chapter Newsletter - December 2005

◁ Last Thread    Next Thread ▷

| Author | Thread |
|---|---|
| **Snifty**<br>Moderator<br><br>Posts: 124<br>Registered: Jan 2005 | **IGDA New Jersey Chapter Newsletter - December 2005**<br><br>IGDA New Jersey Chapter Newsletter<br>December 2005<br><br>Greetings all,<br><br>As we head into the busy holiday season full of packed malls, frenzied purchasing and delicious eggnog, let the New Jersey chapter remind you what it's really all about—videogames! Join us on December 10th for a unique holiday meeting/social event, the Game Design Challenge: Bowling Redux! For January's meeting, the chapter will return to the well-equipped Bloomfield College after last month's great turnout, with a packed agenda of project demos and post-mortem reports. Also, you can now visit the NJ Chapter's website to download archived presentations from past meetings for your viewing pleasure.<br><br>For those who couldn't make it, the full report of last month's meeting at Bloomfield College is available at http://blender.rutgers.edu/~njigda/...2005/200511.php.<br><br>Happy Holidays!<br><br>Ben Serviss<br>Associate Coordinator – IGDA NJ<br>Designer/Writer – Creo Ludus Entertainment<br><br>NJ Chapter – December Meeting Agenda<br>**What:** Game Design Challenge: Bowling Redux<br>**When:** Saturday, December 10th @ 8:00 PM<br>**Where:** AMF Lanes, New Brunswick, NJ<br>**Details:** For this year's annual IGDA NJ Holiday Bowling trip, we'll be mixing it up a little bit with the first ever Game Design Challenge: Bowling Redux!<br>3 teams redesign the rules of America's favorite lane-based leisure sport, creating a whole new bowling experience using the classic bowling mechanics and equipment. Teams then play all 3 bowling variants and determine which design is the most competitive, the most fun, and the most conducive to drinking.<br><br>"Agenda:" |

1. Chapter business (15 min)
- Greetings and Holiday Cheer
- New Website sections

2. Feature presentations (90 min)
- Bowling Redux: Design Session
- Bowling Redux: Playtesting
- Bowling Redux: Judging and Award Ceremony

Upcoming Events
**What:** XSI Free Training Session
**When:** Thursday, December 1st, 1:00 PM – 5:00 PM, Reception @ 6
**Where:** Allentown, PA
**More:** http://www.softimage.com/Community/...Q4_TDLoveFRBeef

**What:** Alias 3December - NJ
**When:** Saturday, December 2nd, 6:00 – 9:00 PM
**Where:** Ewing, NJ
**More:** http://www.alias.com/eng/about/events/3december/

**What:** Alias 3December - NY
**When:** Saturday, December 3rd, 6:00 – 9:00 PM
**Where:** New York, NY
**More:** http://www.alias.com/eng/about/events/3december/

**What:** Skunk Studios Bites the Big Apple
**When:** Wednesday, December 7th; 7:45 - 11:00
**Where:** Revival Bar, Manhattan
**More:** Join us to celebrate the establishment of a Skunk Studios outpost on the East Coast. It's time for NY developers to get their groove on!
rsvp to: Margaret[at]skunkstudios.com

**What:** Deathmatch in the Stacks: The launch event for The Game Design Reader
**When:** December 9th, 7pm-9pm
**Where:** Tishman Auditorium, 66 West 12th Street, NYC
**More:** http://www.igda.org/Forums/showthre...?threadid=19335
(Thanks David)

**What:** NJ Chapter December Meeting - Game Design Challenge: Bowling Redux
**When:** Saturday, December 10th @ 8:00 PM
**Where:** AMF Lanes, New Brunswick, NJ
**More:** For this year's annual IGDA NJ Holiday Bowling trip, we'll be mixing it up a little bit with the first ever Game Design Challenge: Bowling Redux!
3 teams redesign the rules of America's favorite lane-based leisure sport, creating a whole new bowling experience using the classic bowling mechanics and equipment. Teams then play all 3 bowling variants and determine which design is the most competitive, the most fun, and the most conducive to drinking.

**What:** Chapter Meeting Presentations

**EXHIBIT "B"**

# [IGDA-NYC-announce] Reminder: Minna Mingle tomorrow

**S Chen** sk8gundy at gmail.com
*Wed Jan 10 10:54:43 EST 2007*

- Previous message: [IGDA-NYC-announce] Reminder: Jan 9th Salon in NYC with G4C + Parsons + NYC Games Scholars
- Next message: [IGDA-NYC-announce] Demo Night Five: Call for presenters.
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

---

```
Jan 11 2007
Minna Mingle NYC

Revival Bar
129 E. 15th Street

7:00 PM

Food and drink will be provided.

We have the bar for a private party.

Sponsored by Casual Games Assn, Skunk Studios, Arkadium, Oberon Media
and Cafe.com (Boonty)

Sande

--
Co-Author, Serious Games: Games That Educate, Train, and Inform
http://www.amazon.com/exec/obidos/ASIN/1592006221/ref=nosim/sandechen
```

---

- Previous message: [IGDA-NYC-announce] Reminder: Jan 9th Salon in NYC with G4C + Parsons + NYC Games Scholars
- Next message: [IGDA-NYC-announce] Demo Night Five: Call for presenters.
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ]

More information about the IGDA-NYC-announce mailing list

**EXHIBIT "C"**

4th Annual
# GAMES & MOBILE FORUM
April 21, 2005 | 8:30 AM - 6:00 PM | New York



**CLICK HERE TO REGISTER NOW**

**PHONE REGISTRATION
323-822-0936**

**Hotel Bookings**



Home
Agenda
Speakers
Sponsor Opportunities
Last Year's Event
Event Registration
About Us

**2005 SPONSORS**


WWW.MSK.COM





GAMES & MOBILE FORUM 2005....



*Thank you to the 350+ participants in the 2005 event!*

For information about the 2006 event on April 26, 2006, please click here
Speakers at the 2005 forum included:

**ONLINE GAMES KEYNOTE:**



**JOHN SMEDLEY**
*President, Sony Online Entertainment*
John's start in the gaming industry began in 1989 when he was a programmer for ATG. Shortly after developing his first game (QIX) for the Apple IIe, he founded his own company, Knight Technologies. Years later, he began a PC Group at 989 Studios that evolved into Verant Interactive, now Sony Online Entertainment, a worldwide leader in massively multiplayer online gaming that creates, develops and provides online entertainment for PC, console, wireless, and online markets.

**MOBILE GAMES KEYNOTE:**



**MITCH LASKY**
*Chairman and CEO, JAMDAT Mobile*
Don't miss the opportunity to hear from a leader of the mobile gaming revolution. Hot off its IPO, JAMDAT Mobile Inc. (NASDAQ: JMDT) is a leading publisher of wireless entertainment applications. JAMDAT's slate of wireless games features well-known brands and original titles including JAMDAT Bowling, Hasbro's Scrabble®, Activision's Tony Hawk's Pro Skater®, MLB.COM, The National Basketball Association, The National Football League and The Lord of the Rings™ franchise.

**FEATURED INTERVIEWS & PRESENTATIONS:**

**LANCE ULANOFF**
*Executive Editor, Ziff Davis Media*
Lance Ulanoff is Executive Editor for all Enthusiast Web sites

Case 1:07-cv-03899-GBD    Document 14-3    Filed 07/11/2007    Page 8 of 18











at Ziff Davis Media. At PCMag.com, he oversees all strategic, editorial, and production activities related to the magazine's Web site and writes a weekly technology column. Ulanoff spent the last 13 years in online and print publishing of computer technology. After stints as a beat reporter in NY, he entered the world of technology, first traveling the country to cover product distribution and data processing issues for a national trade publication,



**VINCE BROADY**
*CoFounder, GameSpot,*
*SVP, Games & Entertainment, CNET Networks*
Vince Broady is responsible for CNET Networks' Games & Entertainment strategy and the management of its entertainment-related businesses. These include GameSpot, the leading source of information and services for video and computer games, which he co-founded; and MP3.com, a prime destination for digital music enthusiasts. He is a well known speaker and moderator and has appeared at industry events including E3, CES, and the IEMA Summit, among others.



**JASON FORD**
*GM, Wireless Games & Entertainment, Sprint*
Sprint offers one of the largest collections of mobile games in the U.S. with more than 200 titles and 20+ partners. Jason's areas of responsibility include overall strategic product planning and marketing & management of wireless games which has resulted in millions of game downloads. During his years at Sprint, he has managed WAP partnerships, started the ringer and screensaver business and developed fundamental business relationships for Wireless Web and PCS Vision content.



**PAUL SCHAUT**
*CEO, Tira Wireless*
With more than 22 years of diverse and extensive technology experience, Paul has served in a number of sales, marketing and executive management capacities during his career. Prior to joining Tira Wireless Paul served as President and CEO of Performaworks. He served as President and CEO of Engage. Paul currently serves as a Board Trustee for the Massachusetts Software Council, is a Director of several private software companies, as well as a member of the CommonAngelsR investment group.

**GREGG SAUTER**
*Director of Games Publishing, Nokia*



**SPONSOR
& EXHIBITOR
INFORMATION**

MORE INFO:
323-822-0936

PRESS INQUIRIES:
press@gamesandmobileforum.com



*As Nokia's global Director of Games Publishing, Gregg leads teams based in North America & Europe responsible for 1st party game development and 3rd party publisher relations. His background includes launching LEGO's North American Media Division, where he was Director of Interactive Publishing, and serving as Director of Consumer Products for the National Football League, where he managed interactive products, including the NFL's video game properties. He has been with Nokia for 2 years.*

**PANELISTS**
Eric Albert - Director, Business Development, **Gameloft**
Jeff Anderson - President & CEO, **Turbine Entertainment**
Matthew Bellows - General Manager, **Floodgate Entertainment**
David Berkowitz - Dir. of Marketing, **iCrossing**, Columnist, **MediaPost**
George Borkowski - Head of IP & Tech Practice, **MS&K**
Erica Chriss - Director, Business Development, **Digital Chocolate**
Greg Costikyan - Games Researcher, **Nokia Research Center**
Mueez Deen - Director, DRAM & Graphics, **Samsung Semiconductor**
Kenny Dinkin - Vice President & Executive Producer, **PlayFirst**
Anders Evju - Vice President & GM, North America, **Digital Bridges**
Eric Goldberg - Managing Director, **Crossover Technologies**
Daniel Hart - VP, Online Games Strategy and Operations, **MTV Networks**
Jay Horwitz - Senior Analyst, **Jupiter Research**
Mark Litvack - IP Lit Partner, **MS&K** / Formerly of the **MPAA**
Robert Nashak - VP of Production, **Sorrent**
Victor Penev - Vice President, Online, **Playboy International**
Craig Piddle - Director of Marketing, **BioWare Corp.**
Billy Pidgeon - Senior Analyst, **Zelos Group**
Michael Powers - CTO, **Mpowerplayer, Inc.**
Adeo Ressi - CEO & Founder, **GameTrust**
Don Ryan - General Manager, **Microsoft Game Studios**
Mika Salmi - CEO, **AtomShockwave**
Dan Scherlis, CEO, **Etherplay**
Ned Sherman - CEO, **Digital Media Wire**
Rob Tercek - EVP & Chief Strategy Officer, **MFORMA Group**
Margaret Wallace - Co-Founder & CEO, **Skunk Studios**
Mike Yuen - Director, Gaming Group, **QUALCOMM**
Eric Zimmerman - Co-Founder & CEO, **gameLab**

Games & Mobile Forum is the leading executive forum focused on online and mobile games. The annual event brings together decision-makers from online and mobile game publishers, developers, marketers, retailers, content creators, technology providers, advertisers, investment bankers, lawyers and venture capitalists.

With 300+ attendees, Games & Mobile Forum provides the ideal environment for industry thought leaders to share ideas, exchange information and build relationships and sponsors to reach this elite audience.

Don't miss the opportunity to participate in the 2005 event. Please take a few minutes to review the attached sponsor packages and contact us to reserve your position at the 2005 event. Please email speaker submissions (bio & contact info) to heather@digitalmediawire.com

CONTACT INFORMATION

Tinzar Than
VP, Marketing & Events, Digital Media Wire
Email: tinzar@digitalmediawire.com

Tel. 323-822-0936

www.gamesandmobile.com
April 21, 2005 · French Institute, NYC

## 2005 FORUM AGENDA
## Morning Sessions

**8:30AM - 9:00AM**
Registration, Coffee & Networking - *Tinker Auditorium*

**9:00AM - 9:15AM**
**Welcome & Introductions -** *Florence Gould Hall*
Ned Sherman - CEO, **Digital Media Wire**

**9:15AM - 9:45AM**
**Keynote Address - Online Games Focus**
**JOHN SMEDLEY - President, Sony Online Entertainment**
*John's start in the gaming industry began in 1989 when he was a programmer for ATG. Shortly after developing his first game (QIX) for the Apple IIe, he founded his own company, Knight Technologies. Years later, he began a PC Group at 989 Studios that evolved into Verant Interactive, now Sony Online Entertainment, a worldwide leader in massively multiplayer online gaming that creates, develops and provides online entertainment for PC, console, wireless, and online markets.*

**9:45AM - 10:45AM**
**PANEL 1:**
**ONLINE GAMES: The State of the Industry**
This panel of decision-makers in the online games value chain will discuss the state of the industry with a focus on innovation, pricing and distribution models for online games. What has changed in the last year? What changes can we expect in the coming year? What innovations will fuel growth? How are new consumers being targeted? What business models are working? What is the outlook for product placement, in-game advertising, and advergaming? How will the industry generate more revenue from the creation and distribution of online games?

**PANELISTS**
George Borkowski - Head of IP & Tech Practice, **MS&K**
Victor Penev - Vice President, Online, **Playboy Enterprises International**
Adeo Ressi - CEO & Founder, **GameTrust**
Don Ryan - General Manager, **Microsoft Game Studios**
Mika Salmi - CEO, **AtomShockwave**

**MODERATOR**
Dan Hart - VP, Online Games Strategy and Operations, **MTV Networks**

**EXHIBIT "D"**





keyword or company | Search
Register | Sign In

**Current Issue**
4 Free Issues
Subscribe Now

Get Four Free Issues

Register
Subscribe to BW
Customer Service

Full Table of Contents
Cover Story
Up Front
Readers Report
Corrections & Clarifications
Technology & You
Media Centric
Business Outlook
The Business Week
News & Insights
Special Report

Innovation
Government
Energy
People
Entrepreneurs
Developments to Watch
The Corporation
Sports Biz
Executive Life
Executive Life -- Parker on Wine
Inside Wall Street
Figures of the Week
Ideas -- Books
Ideas -- Outside Shot
Ideas -- The Welch Way

PREMIUM CONTENT
MBA Insider

BW MAGAZINE
Get Four Free Issues
Register
Subscribe
Customer Service

ONLINE FEATURES

OCTOBER 16, 2006
ENTREPRENEURS

# Enough With The Shoot-'Em-Ups

Skunk's Margaret Wallace develops `casual games.' Turns out the market for them is huge



SLIDE SHOW >>

Margaret Wallace, CEO of video game developer Skunk Studios, represents the kinder, gentler face of her industry. With her vivid dyed hair and hip wardrobe, Wallace looks anything but the typical corporate CEO. That's no accident: Skunk's four male co-founders chose her to be in charge in part because Wallace, 39, represented the demographic that they were trying to reach. Her company's so-called casual games, with their simple graphics and short learning curves, are more akin to early *PacMan* than to today's violent, complex shoot-em-ups. "For so long, developers and designers focused only on one segment of players," says Wallace. "It's as if Hollywood only made action movies. It's fun to make video games for the rest of us."



**STORY TOOLS**
- Printer-Friendly Version
- E-Mail This Story
- Reader Comments

**RELATED ITEMS**
Online Extra: Slide Show: Skunk Studios Wants to Play

TO
POPI

1. Goc Pos
2. Inve Ros
3. Asi Con
4. End Equ
5. Still CNE

Get Free I

MARKE
DJIA
S&P 500
Nasdaq

Portfoli
Stock Lc

Enter na



So while *Grand Theft Auto* and other celebrations of bad behavior make headlines,

Book Reviews
BW Video
Columnists
Interactive Gallery
Newsletters
Past Covers
Philanthropy
Podcasts
Special Reports
**BLOGS**
Auto Beat
Bangalore Tigers
Blogspotting
Brand New Day
Byte of the Apple
Deal Flow
Economics Unbound
Fine On Media
Hot Property
Investing Insights
New Tech in Asia
NussbaumOnDesign
Tech Beat
Working Parents
**TECHNOLOGY**
J.D. Power Ratings
Product Reviews
Tech Stats
Wildstrom: Tech Maven
**AUTOS**
Home Page
Auto Reviews
Classic Cars
Car Care & Safety
Hybrids
**INNOVATION & DESIGN**
Home Page
Architecture
Brand Equity
Auto Design
Game Room
**SMALLBIZ**
Smart Answers
Success Stories
Today's Tip
**INVESTING**
Investing: Europe
Annual Reports
BW 50
S&P Picks & Pans
Stock Screeners
Free S&P Stock Report

Skunk's 15 employees turn out titles based on pastimes such as tennis and mah-jong. Skunk's most popular title is *Gutterball 2*, a cartoony bowling game with alleys set in the Arctic and in jungles. At about $20 a pop, it's been downloaded 128,000 times from the Skunk site alone.

In September, gaming news Web site Next Generation listed Wallace as one of the most influential women in video games--proof that the $10.5 billion industry has taken notice of the $2 million company. "Having a woman in charge can help make sure there's a more diverse group of people making games for newer audiences, says Eric Zimmerman, CEO of gameLab, another casual-game developer.

Developing casual online titles can be much less risky than trying to create a game that runs on a console such as an XBox. Casual games typically cost less than $200,000 to produce, and production cycles are only six months to a year. There's no shelf space, packaging, or CD production to pay for. Best, says Wallace, "there's more room for innovation."

Wallace is hardly new to casual games. In the late 1990s, then a digital designer, she worked with artists Jason Calderone and Thomas Estess and programmers Kalle Wik and Joseph Walters at Shockwave.com, an online game developer. The quintet shared a vision of writing games for families. The key would be to produce titles that weren't violent and didn't require an expensive console. They got their chance in 1999, when all five were laid off.

**NO BOYS CLUB**
Skunk has made good on its goal of reaching out to a different demographic. Some 60% to 70% of players of Skunk's games are women in their 30s and 40s. Wallace and her co-founders are in an industry sweet spot: The average age of frequent purchasers of all computer games is now 40, and women gamers over 18 far outnumber boy gamers under 17, according to the Entertainment Software Assn.

Grabbing and maintaining that turf has required some savvy moves. When Skunk started, it was one of the first small, independent casual-game makers. Now its facing competition both from the industry giants--Electronic Arts (ERTS), Microsoft (MSFT), Yahoo! (YHOO)--and growing independents, such as PopCap Games Inc. and Sandlot Studios. To boost visibility, Skunk partnered with RealNetworks in 2004, allowing Skunk to offer casual games from other developers on its own site. The goal was to turn Skunk's site into a hub for casual gamers and to increase awareness of its titles. The strategy has boosted downloads of Skunk's titles by 565%.

Then there's the matter of protecting Skunk's intellectual property--an especially formidable challenge in the game industry, where competitors often rip off one another's characters and promote them with bigger marketing budgets or simply riff on a popular concept, like Skunk's Arctic bowling. Wallace starts with a simple e-mail. If that doesn't work, she calls the offender herself. "I try to reach out warmly," she says, "because these game developers might one day be colleagues." If all else fails, it's time for a cease-and-desist letter. Every now and then, even the kinder face of video games needs to call in the big guns.

READER COMMENTS

**EXHIBIT "E"**



# GAME SERVICES AND LICENSE AGREEMENT

GAME SERVICES AND LICENSE AGREEMENT ("Agreement") entered into this 6th day of May, 2005 between Game Trust, Inc., with offices at 135 West 20th, 5th Floor, New York, New York 10011 ("Game Trust") and Skunk Studios with offices at 463 ½ Bryant Street, San Francisco, California 94107 ("Client") (Game Trust and Client are sometimes referred to collectively as the "Parties").

**REDACTED MATERIALS**

**PAGES 2-7 HAVE BEEN REDACTED**

**REDACTED MATERIALS**

7.4  **Governing Law.**   New York law, without regard to the conflict of laws principles thereof, shall govern this agreement.

**REDACTED MATERIALS**

**REDACTED MATERIALS**

**IN WITNESS WHEREOF,** the parties have entered into this agreement on the date first above written whereupon it entered into full force and effect.

**GAME TRUST, INC.**               **SKUNK STUDIOS**

_____          _____
Name:  Leland H. Nolan             Name:  Margaret Wallace
Title:  EVP, Secretary             Title:  CO-FOUNDER/CEO