**EXHIBIT "F"**

## Skunk Studios Expands Portal With Premium Play
*Hot Casual Game Developer Launches Premium Play Powered by Game Trust*

*New York, NY and San Francisco - May 17, 2005* - **Game Trust**, the leading infrastructure for premium casual games, and **Skunk Studios**, one of the world's most acclaimed game development studios, today announced a relationship to expand SkunkStudios.com (http://www.skunkstudios.com) with premium games and skill tournaments for cash and prizes, powered by Game Trust.

SkunkStudios.com has become a major casual game destination by featuring franchise titles, including the two international Skunk hits, "Gutterball 2" and "Tennis Titans." Nearly one million unique visitors per month download and play games at the destination, according to recent MediaMetrix data. Players will now be able to compete in skill tournaments for cash and prizes on SkunkStudios.com. The new tournament titles provided by Game Trust include more than 20 acclaimed titles, such as the hit series of online pool games, the award winning "Shroomz," and "Secret of Maya."

"This is a watershed moment in online gaming," said **Adeo Ressi**, CEO of Game Trust. "Skunk Studios is a top game developer that is building a profitable casual game portal based on their signature game brands. Game Trust is there to help Skunk Studios increase revenues through new premium models and retain players with rich community features. We worked with the Skunk team to deploy all of our signature features, including chat functions, IM, unique player avatars, advanced game statistics, and special tournaments, allowing Skunk to have the richest game experience possible. We are also integrating the Skunk hit games into the Game Trust infrastructure."

"We are delighted to offer our players another way to play games on the Skunk Studios website," said **Margaret Wallace**, Co-Founder and CEO of Skunk Studios. "The Game Trust premium and tournament play system is an advanced gaming platform that seamlessly integrates with our own website, making it easy to get up and running in no time."

**About Game Trust**
Founded in 2002, Game Trust (www.gametrust.com) is the economic engine of innovation in games with the leading platform for premium game play. The Game Frame platform is the industry standard for deploying community and transactions within online casual games. Licensed by leading distribution outlets worldwide, the platform reaches a combined audience in excess of 130 million players per month. Award winning games, such as "Shroomz," are released by leading developers on the platform to reach millions of players with new premium play models. The Company is venture backed with offices in New York and Denmark.

**About Skunk Studios**
Skunk Studios is a leading game development studio where dynamic game design, art, and sounds are combined to make games that everyone can play and enjoy. The Skunk Studios website is a premiere destination for casual gamers looking for all the latest games. For more information on Skunk Studios games, visit www.skunkstudios.com.

**More Game Trust News**

| | |
|---|---|
| 03.08.06 | IGDA Casual Games SIG Co-Founder and Recognized Champion of Casual Games Joins the Industry Leader in Online Premium Play<br>*Game Trust taps Brian Robbins for newly created Director of Games Position* |
| 01.17.06 | 21 Year-Old Utah Blogger to 'Rocket' to Edge of Space; Wins Space Flight Aboard Russian MIG 25<br>*Billy Bones of MySpace is Winner of Game Trust's 'LaunchNow Race to Space Contest* |
| 11.17.05 | GAME TRUST RELEASES GAME FRAME 4.7<br>*"Gives Developers and Portals State-of-the-Art Tools to Compete in the $2 Billion Casual Games Market"* |
| 10.03.05 | GAME TRUST OFFERS A TRIP TO THE EDGE OF SPACE IN A SUPERSONIC RUSSIAN MIG<br>*"The New LaunchNow Program Gives Publishers Hit Community Games and a Stratospheric Space Flight for Free"* |
| 08.24.05 | GAME TRUST POWERS MONEYGAMING.COM<br>*"Game Frame Platform Enables Many Industry Firsts; Provides Skill Titles For Hit Portal"* |
| 08.17.05 | GAME TRUST EMERGING AS DEVELOPER PLATFORM OF CHOICE<br>*"10 New Developers Authoring Titles for Game Frame"* |
| 08.08.05 | GAME TRUST EXPANDS<br>*"Company Plans Significant Expansion of New York and European Operation"* |
| 07.21.05 | Game Trust Introduces MoLeCuLoUs - The Chemically Addictive New Game from SMERC<br>*"The Hottest Game Ever About Cold Fusion!"* |
| 07.12.05 | Game Trust President Scott Cohen to Deliver Keynote Address at ChinaJoy 2005<br>*Cohen is Only Westerner Invited to Speak at ChinaJoy's Mobile Entertainment Conference* |
| 05.17.05 | Skunk Studios Expands Portal With Premium Play<br>*Hot Casual Game Developer Launches Premium Play Powered by Game Trust* |
| 05.06.05 | Game Trust Responds to Pay-To-Play Debate<br>*New PlayBOOST Subscriptions on Miniclip.com Generates Thousands of Player Postings; CEO Comments* |
| 04.21.05 | Game Trust Gets a Boost with Integrated Subscriptions<br>*New Service Captures Over 2,000 Subscribers on Launch* |
| 04.19.05 | Thwartpoker and Game Trust Launch First Legal Online Poker in the U.S.<br>*Game Trust Tournament-Enables ThwartPoker's Skill-Based Online Poker Game, "Poker Blitz"* |
| 03.28.05 | Game Trust Names Walking Ideas' "Oshiro" Grand Prize Winner In Casual Game Development Contest<br>*"Casual Game Evolution Challenge" Co-Sponsored by Shockwave.com™ and Macromedia* |
| 03.22.05 | Game Trust Announces Five Finalists In Casual Game Development Contest<br>*More Than 50 Developers Competed for Game Trust Licensing Contracts* |
| 03.18.05 | Fuel Industries and Alter Ego Studios Ink Development Alliances with Game Trust<br>*Highly Acclaimed Games, "Switch Wakeboarding" and "Revolved," Will Soon Be Available For Cash Tournament Play* |

**EXHIBIT "G"**

-----Original Message-----
**From:** Brian Robbins [mailto:brian@gametrust.com]
**Sent:** Thursday, April 13, 2006 5:53 PM
**To:** 'Margaret Wallace'
**Subject:** RE: Skunk Follow-Up

Hey Margaret,

We've talked about this a bit here, and I don't think Daily Mah Jong is going to be a great fit for us since we already have a decent selection of Mah Jong content for our players.

However, I would like to look at what we could do with Gutterball, and potentially what else we could work on together moving forward. I guess you've talked with us a couple times in the past and we never made anything happen, so let's see if we can change that :)

For Gutterball we should both start thinking about how we see unlockable content working. What can we have players unlock, is there anything else that micropayments could be useful for?

I'm not quite sure how to best proceed for the other projects. Do you want to meet up sometime and just go through all of them? What do you think?

-Brian

**From:** Margaret Wallace [mailto:margaret@skunkstudios.com]
**Sent:** Thursday, April 13, 2006 1:58 PM
**To:** 'Brian Robbins'
**Subject:** RE: Skunk Follow-Up

Hey, there, Brian:

Unlockable content could be interesting for both Mah Jong and Gutterball...

In terms of what we're working on -- we have about 15 games concepts (some with very initial prototypes) in place. We're holding off on starting full-fledged development on any one game until we've synched a dev deal to go along with it. This would give our dev partners a chance to get involved at the very point of inception.

- Margaret.
-----Original Message-----
**From:** Brian Robbins [mailto:brian@gametrust.com]
**Sent:** Thursday, April 13, 2006 12:55 PM
**To:** 'Margaret Wallace'
**Subject:** RE: Skunk Follow-Up

Hey Margaret,

Sorry I didn't get back to you on Daily Mah Jong, I've just sent it around to our games team to look at, but the Denmark office is on Easter holiday until Tuesday. We also already have a couple Mah Jong titles, so I'm not sure how different it is from what we already offer.

We should talk about what you guys are looking at working on next. We're trying to really solidify our downloadable games, and there's probably a great fit with what you guys want to do. Something else that I'd be interested in talking about is games that have unlockable content that would work in a micropayment system.

Now that I think about it Daily Mah Jong might be a good fit for that. We could give the player access to today's puzzle, but they'd have to pay for access to puzzles from other days.

-Brian

---

**From:** Margaret Wallace [mailto:margaret@skunkstudios.com]
**Sent:** Thursday, April 13, 2006 12:43 PM
**To:** brian@gametrust.com
**Subject:** Skunk Follow-Up

Hi, Brian:

How's it going? I'm writing in the official capacity as a Skunk :)

Wanted to quickly follow-up on our discussions from a couple of weeks ago and see if GameTrust is ready to talk about potential development partnerships with Skunk Studios. Would be great to hear if you guys have certain needs or even a timeline in mind. One thought we had was to potentially integrate Gutterball into your tournament system -- but we'd also be open to hearing if you have web game or downloadable game needs.

We're in the process of narrowing down our next batch of projects and wanted to circle back with you on this front.

In other news, we did release a web-only game, called Daily Mah Jong. Would GameTrust be interested in this game on an ad revshare or some other "creative" business model basis? Feel free to check it out here:
http://games.skunkstudios.com/games/dailymahjong

Daily Mah Jong was designed to keep players coming back... Here's a list of the features of the game, some of which refresh on a daily basis:

- 3 cool levels that rotate out every day and are replaced by new ones
- holiday-themed tiles/layouts (Easter tiles will be appearing later this week)
- a daily fortune
- a tell-a-friend feature
- daily worldwide high score featured prominently on main page
- worldwide high score board

Please let me know if you have any questions about this email, etc. Have a great day!!

- Margaret.

415.235.3235

-----Original Message-----
From: K. Wik [mailto:do-not-reply-C2106617@skunkstudios.grouphub.com]
Sent: Friday, April 14, 2006 3:18 PM

```
To: Margaret Wallace
Subject: [Skunk Studios R&D] Re: From GameTrust


A new comment has been posted. DO NOT REPLY TO THIS EMAIL.
To post your own comment or read the original message, visit:
http://skunkstudios.grouphub.com/P2167645

------------------------------------------------------------
Company: Skunk Studios
Project: General Business
------------------------------------------------------------
K. Wik posted this comment:
............................................................

    Can unlock...

      * Bowling Balls
      * Alleys / Environments
      * Commentators
      * Ability to personalize environments?
      * Player characters (if we add them)

    Maybe there's a partnership here around Gutterball 3 - whereby we
can
      really consider these factors when designing the gameplay for the
      GameTrust back-end. Perhaps the funding from the GameTrust-enabled
      Shockwave side can fund the development of the GB3 app - without
      giving away any royalties or hosing our wholesale royalties on the
      product.

    K
```

-----Original Message-----
**From:** Andrei Zimiles | Game Trust [mailto:andrei@gametrust.com]
**Sent:** Tuesday, March 21, 2006 5:04 PM
**To:** 'Margaret Wallace'
**Cc:** 'Dana Alia'; 'Yinet Maldonado'; contact@gametrust.com
**Subject:** Meeting Follow up...

Hi Margaret,

I hope you're enjoying the GDC (I'm pretty sure you were going). It was great to meet with you last week and I think the new Skunk Studios site looks great. I just wanted to follow up and keep things moving. Below is a list of our available games. Once Dana gets back from the GDC, we'll also send over some additional information about sponsorships/advertising.

**Multiplayer Games:**
8 Ball Pool
9 Ball Pool
Cutthroat Pool
QuadRow
Chain Reactor Duel
Chess
Backgammon

Sub Hunt
Reversi
Hearts
Spades
Snooker
Gin Rummy

**Single Player Games:**
Secret of Maya
Free Cell Solitaire
Rackrunners
Klondike Solitaire
Spider Solitaire
Mahjong Puzzle
Mahjong Classic
Mahjong Castle
Chain Reactor 1P
Shroomz
Hurricane
Mystic Mermaid
Pongling
Pinball Escape
Phootball
Moleculous
Munch Madness
Maui Wowee
Pipedown 3D
Switch Wakeboarding
Roll On
Vertigolf
Snowboarder XS
Icy Spell
Bash Down
21 & Fun
Ancient Tripeaks


Regards,

Andrei Zimiles

**Producer**
Game Trust, Inc. | www.gametrust.com
Office Phone: 212.367.7336 ex. 152
E-Mail: andrei@gametrust.com

---

**From:** Margaret Wallace [mailto:margaret@skunkstudios.com]
**Sent:** Tuesday, March 14, 2006 7:42 PM
**To:** 'Andrei Zimiles | Game Trust'
**Cc:** 'Dana Alia'
**Subject:** RE: Meeting tomorrow?

OMG - I mistakenly thought our meeting was Wednesday. So very sorry. Plus, I don't have my regular cell phone with me so wouldn't have gotten a message if you guys tried to call me.

I'll definitely be there on Wednesday at 1.
-----Original Message-----
**From:** Andrei Zimiles | Game Trust [mailto:andrei@gametrust.com]
**Sent:** Tuesday, March 14, 2006 5:20 PM
**To:** 'Margaret Wallace'
**Cc:** 'Dana Alia'
**Subject:** Meeting tomorrow?

Hi Margaret,

Brian told me that you were planning to meet with us tomorrow (Wed.) instead of Today (Tues.) at 1:00- please let me know if this is the case. Dana and I are looking forward to meeting with you.

Thanks,

Andrei Zimiles

**Producer**
Game Trust, Inc. | www.gametrust.com
Office Phone: 212.367.7336 ex. 152
E-Mail: andrei@gametrust.com


-----Original Message-----
**From:** reports@gametrust.com [mailto:reports@gametrust.com]
**Sent:** Monday, April 24, 2006 6:01 AM
**To:** reports@gametrust.com
**Cc:** felicia@gametrust.com
**Subject:** BrandReport - StandardCluster/Skunk2 was executed at 4/24/2006 6:00:01 AM

## Brand Report

| | | | |
|---|---|---|---|
| **Start Date** | 4/16/2006 | **End Date** | 4/23/2006 |
| **Brand Name** | StandardCluster | **Marketing Partner Name** | SKUNK2 |

### Practice Play

| | |
|---|---|
| **Total Free Accounts** | 1060 |
| **Active Free Accounts** | 9 |
| **New Free Accounts** | 6 |

**EXHIBIT "H"**





Ads by Google   Casual Games   Download Games   Games com   Fighting Games

IN THE SPOTLIGHT





SIGN-UP !

| E-mail address | Ok |

MORE INFOS

TOP 10
1. Strike Ball 2
2. Gemsweeper
3. Koko Arena
4. Puzzle ...
5. Secrets of the Seas
6. Diner Dash - Flo ...
7. Flower Garden
8. Solitaire Poker Pack
9. Barnyard Invasion
10. Hover Ace

NEW GAMES
1. Feyruna - Fairy ...
2. Cathy's ...
3. Beetle Junior 2
4. Xou Dou Qi
5. Venice Deluxe
6. Concentration
7. Ultimate Dominoes

CONTACT

Are you a client of Boonty Games video game downloading?

You can contact us via E-Mail by clicking on "Customer Support".
By filling out our form, we will answer you within 24/48 hours, and make all our customer supp
available to answer your questions.

Our addresses:

USA:
Boonty
440 Ninth Ave, 17th Floor
New York, NY 10001

Europe:
Boonty
75, rue des Plantes
75 014 Paris
France

**EXHIBIT "I"**

**Re: Skunk Studios invoice 112005**

From: K. Wik <kwik@skunkstudios.com>
To: <rom1@boonty.com>
CC: <odile@boonty.com>, <sevan@boonty.com>, 'Margaret Wallace' <margaret@skunkstudios.com>
Date: Jun 22 2006 - 9:40pm

Any progress on this?

Thanks,

Kalle

On Jun 15, 2006, at 2:14 PM, Romain Nouzareth wrote:

> Odile, Sevan,
>
> Can you look at Kalle's request please?
>
> Thanks,
>
> Romain
>
> Romain Nouzareth
> President & CEO
>
> BOONTY Inc.
> 440 Ninth Avenue, 17th floor
> New York, NY 10001 - USA
>
> www.boonty.net
> New York - Paris - Singapore
> Beijing - Shanghai - Seoul - Tokyo
>
>
>
>
>
>
>
>> -----Original Message-----
>> From: K. Wik [mailto:kwik@skunkstudios.com]
>> Sent: Thursday, June 15, 2006 3:37 PM
>> To: Dominique CASADO; romain@boonty.com
>> Cc: Margaret Wallace; K. Wik
>> Subject: Re: Skunk Studios invoice 112005
>>
>> Dominique & Romain,
>>
>> I have just updated our financials, and I am sad to report that we
>> have NOT received this payment from Boonty.
>>
>> I am also unable to locate a royalty report from Q4 of 2005 and Q1 of

```
>> 2006.
>>
>> Please, help me answer these questions:
>>
>> 1. Was a payment ever made to Skunk Studios on this invoice? I have
>> checked all bank records and found no payment
>>
>> 2. If bank transfer is failing, is it possible for Boonty to issue
>> payment by cheque instead, sent to:
>>
>> Skunk Studios, Inv.
>> 463 1/2 Bryant Street
>> San Francisco, CA 94107
>>
>> 3. Must Skunk Studios issue an invoice for every payment? It would be
>> better if Boonty could simply issue a royalty report and payment
>> without requiring a new invoice for every payment
>>
>> Thank you and I hope things are going well for Boonty.
>>
>> Best regards,
>>
>> Kalle Wik
>> Skunk Studios, Inc.
>>
>>
>
```