UNITED STATE DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
----------------------------------------------------------------x

MARGARET WALLACE,

                   Plaintiff,

- against -

SKUNK STUDIOS, INC. and JASON CALDERONE,
TOM ESTESS and KALLE WIK,

                  Defendants.
----------------------------------------------------------------x

Index No. 07 Civ. 3899

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT, Robinson Brog Leinwand Greene Genovese & Gluck PC, with offices at 1345 Avenue of the Americas, New York, New York 10105, Tel: (212) 603-6300, be substituted as attorneys of record for Margaret Wallace in place and stead of the undersigned attorney(s) as of the date hereof.

This stipulation may be executed in any number of counterparts and when taken together shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
       January 8, 2008

ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK PC

By: _____
    Gary P. Adelman, Esq.
New Attorneys for Margaret Wallace
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300

By: _____
    Margaret Wallace

BARTON, BARTON & PLOTKIN, LLP

By: _____
    Roger Barton, Esq.
Former Attorneys for Margaret Wallace
420 Lexington Avenue
New York, New York 10107
Tel: (212) 687-6262

{00364290.DOC;1}