UNITED STATE DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
-------------------------------------------------------------------x

MARGARET WALLACE,

       Plaintiff,

 - against -

SKUNK STUDIOS, INC. and JASON CALDERONE,
TOM ESTESS and KALLE WIK,

       Defendants.
-------------------------------------------------------------------x

Index No. 07 Civ. 3899

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that the undersigned Robinson Brog Leinwand Greene Genovese & Gluck, P.C. has been retained as Counsel for the Plaintiff and hereby appears in the above-entitled action on their behalf. Please direct all future communications to the undersigned.

Dated: New York, New York
   January 9, 2008

            ROBINSON BROG LEINWAND
            GREENE GENOVESE & GLUCK PC

            By: _____
              Gary Adelman (GA7138)
            Attorneys for Plaintiff
            1345 Avenue of the Americas
            New York, New York 10105
            Tel: (212) 603-6300
            Fax: (212) 956-2164