USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARET WALLACE,

                Plaintiff,

-against-

SKUNK STUDIOS, INC., JASON CALDERONE,
TOM ESTESS, and KALLE WIK,

                Defendant(s).
------------------------------------------------------------X

Civil Case No.: 07-Civ.-3899

Judge: George B. Daniels

Magistrate: Henry Pitman

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorney for Plaintiff Margaret Wallace and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above captioned matter is dismissed with prejudice against Defendants Skunk Studios, Inc., Jason Calderone, Tom Estess and Kalle Wik, and that each party is to bear its own costs and attorneys' fees.

Dated: New York, New York
       March 5, 2008

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
Gary Adelman, Esq. (GA7138)
*Attorneys for Plaintiff*
1345 Avenue of the Americas, 31st Floor
New York, New York 10105
Phone: (212) 603-6300
Fax: (212) 956-2164

SCHINDEL, FARMAN, LIPSIUS, GARDNER
& RABINOVICH, LLP

By: _____
Lawrence J. Rabinovich
*Attorneys for Defendants*
14 Penn Plaza, Suite 500
New York, NY 10122
Phone: (212) 563-1710
Fax: (212) 695-6602

MAR 14 2008

SO ORDERED _____
HON. GEORGE B. DANIELS

{00375774.DOC;1}